WILLIAM W. FARLEY, as State Commissioner of Excise, Respondent, *v.* ANTONIO SCHERNO et al., Appellants.

(Submitted June 2, 1913; decided June 10, 1913.)

Motion for re-argument denied, with ten dollars costs. (See 208 N. Y. 269.)

---

CHARLES H. VAN NESS; as Executor of LE ROY WHITAKER, Deceased, Appellant, *v.* J. ANDREW KENYON, Respondent.

(Submitted May 12, 1913; decided June 10, 1913.)

Motion for re-argument denied, with ten dollars costs. (See 208 N. Y. 228.)

---

FLORA L. VOSE, Appellant, *v.* JOSEPH C. CONKLING, Individually and as Administrator with the Will Annexed of ANN M. MILLER, Deceased, et al., Respondents.

*Vose* v. *Conkling*, 153 App. Div. 40, appeal dismissed.
(Submitted June 2, 1913; decided June 10, 1913.)

MOTION to dismiss an appeal from a judgment entered January 16, 1913, upon an order of the Appellate Division of the Supreme Court in the first judicial department which reversed an interlocutory judgment of Special Term overruling a demurrer to the complaint, and sustained such demurrer in an action to have certain real property of decedent charged with the payment of two deficiency judgments against an administrator of said decedent.

The motion was made upon the ground that the final judgment appealed from was not appealable directly to the Court of Appeals.

*Alfred H. Cumbers* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.